NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Mathew K. Higbee, Esq. (241380)
Naomi M. Sarega, Esq. (306967)
Higbee & Associates
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
Phone: (714) 617-8349
Fax: (714) 597-6559

ATTORNEY(S) FOR: Plaintiff, Jeremy Nicholl

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JEREMY NICHOLL

Plaintiff(s),

v.

HERE MEDIA, INC. d/b/a WWW.OUT.COM

Defendant(s)

CASE NUMBER:

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for JEREMY NICHOLL or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JEREMY NICHOLL; | Plaintiff; |
| ImageRights International, Inc.; | Intellectual property management firm for Plaintiff; |

5/17/2017
Date

Signature

Attorney of record for (or name of party appearing in pro per):

JEREMY NICHOLL